Steven R. Platt (SBN 245510)
(splatt@pmcos.com)
PARKER, MILLIKEN, CLARK, O'HARA
& SAMUELIAN. P.C.
515 S. Figueroa Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6500
Facsimile: (213) 683-6669

Robert E. Johnston (*pro hac vice*)
rjohnston@hollingsworthllp.com
Andrew L. Reissaus (*pro hac vice*)
areissaus@hollingsworthllp.com
Shannon N. Proctor (*pro hac vice*)
sproctor@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

(*Attorneys for plaintiffs listed on following page*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA TINDLE AND JAYDEN TINDLE,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION AND DOES 1-100,<br><br>Defendants. | Case No 2:25-cv-01290-GW-JC<br><br>**STIPULATION TO SET BRIEFING SCHEDULE**<br><br>Date of Hearing: May 22, 2025<br>Time: 8:30 a.m. |

Christopher R. Rodriguez (212274)
(crodriguez@singletonschreiber.com)
Andrew D. Bluth (232387)
(abluth@singletonschreiber.com)
SINGLETON SCHREIBER LLP
1414 K St., Ste. 470
Sacramento, CA 95814
Telephone: (916) 248-8478
Facsimile: (619) 255-1515

Benjamin I. Siminou (SBN 254815)
(bsiminou@singletonschreiber.com)
Jonna D. Lothyan (SBN 298650)
(jlothyan@singletonschreiber.com)
SINGLETON SCHREIBER LLP
591 Camino De La Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 704-3288
Facsimile: (619) 255-1515

Attorneys for Plaintiffs
TARA TINDLE AND JAYDEN TINDLE

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

1. On February 20, 2025, plaintiffs Tara Tindle and Jayden Tindle ("Plaintiffs") and defendant Novartis Pharmaceuticals Corporation ("NPC") (collectively "the Parties") stipulated to a 28-day extension of time for NPC to respond to the Complaint. With that extension, the time for NPC to move, answer, or otherwise respond to the Complaint was extended to March 21, 2025.

2. NPC intends to move for dismissal; thus, the Parties have conferred regarding a briefing schedule.

3. The Parties hereby stipulate and agree, and request that the Court enter the following briefing schedule:

a. NPC will file its Motion to Dismiss by March 21, 2025;

b. Plaintiffs will file their opposition to NPC's Motion to Dismiss by April 18, 2025; and

c. NPC will file its Reply by May 2, 2025.

4. In compliance with Local Rule 6, the Parties have requested a May 22, 2025 hearing on NPC's forthcoming motion to dismiss, to which the courtroom deputy stated was available.

Respectfully submitted,

Dated: March 19, 2025

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN. P.C.

By: /s/ Steven R. Platt
STEVEN R. PLATT
Attorneys for Defendant

Dated: March 19, 2025

HOLLINGSWORTH LLP

By: /s/ Andrew L. Reissaus

ANDREW L. REISSAUS
Attorneys for Defendant

DATED: March 19, 2025

SINGLETON SCHREIBER LLP

By: /s/ Andrew Bluth
Andrew Bluth
Attorney for Plaintiffs
TARA TINDLE AND JAYDEN TINDLE

**ATTESTATION REGARDING SIGNATURES**

I, Steven R. Platt, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 19, 2025 By: /s/ *Steven Platt*
Steven R. Platt